# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 │ New York, NY 1[...]

Office. 646.504.8363

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___April 21, 2021___

April 19, 2021

**VIA ECF**
The Honorable Judge Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Courtroom 435
New York, New York 10007

> **Re:    Lauren Habetz v. Scotia Capital (USA) Inc.**
> **Case No.: 1:21-cv-01861-ALC**

Dear Honorable Judge Carter, Jr.:

The undersigned is counsel to Plaintiff Lauren Habetz ("Plaintiff") in the above-referenced matter. I write jointly with Nicholas J. Pappas, counsel for Defendant, to respectfully propose a schedule for the Parties' anticipated pleadings.

Plaintiff started this action by filing a Summons with Notice in the New York State Supreme Court, New York County on January 29, 2021. Defendant accepted service of the Summons with Notice on March 1, 2021 and thereafter removed this case to this Court. By agreement of counsel for the Parties, Plaintiff has not yet filed a complaint in this matter as the Parties are exploring a possible resolution of this matter through private mediation.

Accordingly, the Parties propose the following schedule for filing the anticipated pleadings and have attached as Exhibit A a Stipulation and Proposed Order setting forth the same:

| | |
|---|---|
| Plaintiff's deadline to file a complaint | July 20, 2021 |
| Plaintiff's deadline to respond to Defendant's March 24, 2021 letter requesting that this matter and *Morrison v. Scotia Capital (USA) Inc.*, Case No. 1:21-cv-01859-SHS be designated related | August 3, 2021 |
| Defendant's deadline to Answer or otherwise respond to Plaintiff's complaint | September 20, 2021 |

Habetz v. Scotia Capital (USA) Inc.
Page 2 of 2
April 19, 2021

      Initial Conference                                                To be set by the Court
                                                              at your Honor's convenience

                                              Respectfully submitted,
                                              GODDARD LAW PLLC

                                            */s/ Megan S. Goddard*
                                              By: Megan S. Goddard, Esq.

cc: All counsel [*Via ECF*]

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

LAUREN HABETZ,

                           *Plaintiff,*

     *v.*

SCOTIA CAPITAL (USA) INC.

                       *Defendant.*

Case No. 1:21-cv-01861-ALC

**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that:

1.      Plaintiff's time to file her Complaint shall be extended to July 20, 2021.

2.      The deadline for Defendant to answer, move or otherwise respond to the Complaint shall be September 20, 2021.

3.      This Stipulation and Order may be modified by mutual agreement of the parties, subject to Court approval, or by motion for good cause shown.

4.      Entry into this Stipulation shall not prejudice or adversely affect any other rights, claims, or defenses of any party, and all other rights, claims, and defenses (and responses thereto) are expressly preserved by the parties.

      **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts and such counterparts together shall constitute the entire Stipulation. Fax/email signatures shall be deemed originals.

Dated: New York, New York
       April 19, 2021

2

GODDARD LAW PLLC                           WEIL, GOTSHAL & MANGES LLP


By: *Megan Goddard*                        By: /s/  Nicholas J. Pappas
     Megan S. Goddard                       Nicholas J. Pappas

39 Broadway, Suite 1540                    767 Fifth Avenue
New York, New York 10006                   New York, New York 10153
Phone: (646) 504-8363                      Phone: (212) 310-8669
Megan@goddardlawnyc.com                    Nicholas.pappas@weil.com

*Counsel for Plaintiff*                    *Counsel for Defendant Scotia*
                                           *Capital (USA) Inc.*

**Plaintiff's deadline to file its complaint is extended to July 20, 2021 and its deadline to respond to Defendant's March 24, 2021 letter is extended to August 3, 2021. Defendant's deadline to file an answer or otherwise respond to the complaint is extended to September 20, 2021.**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: April 21, 2021

2